474 A.2d 686

Commonwealth v. Boykin, Appellant.

Submitted September 9, 1983. Mitchell S. Strutin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed, except the judgment of sentence for recklessly endangering another person is vacated.